ACCEPTED
03-13-00336-CV
5108375
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 4:34:34 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-13-00336-CV

## IN THE COURT OF APPEALS
## THIRD COURT OF APPEALS DISTRICT
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 4:34:34 PM
JEFFREY D. KYLE
Clerk

_____

### R.D. TIPS, INC.,
**Appellant**

v.

### VIRGINIA JETT,
**Appellee**

_____

### Appeal from the 419th District Court, Travis County, Texas
### Trial Court Cause No. D-1-GN-11-003799
### Hon. Rhonda Hurley, Judge Presiding

_____

### APPELLEE'S MOTION TO EXPEDITE THE MANDATE
_____

Virginia Jett, Appellee, moves the Court to expedite the issuance of the mandate to the trial court pursuant to Tex. R. App. P. 18.1(c), and would respectfully show the Court as follows:

### Background

The District Court rendered judgment against R.D. Tips, Inc., Appellant, on February 11, 2013. Briefing before this Court was completed on November 21, 2013. The Court denied Appellant's request for oral argument. On April 9, 2013,

1

the Court unanimously affirmed the District Court's judgment. A Motion for Rehearing was filed on April 24, 2015, and was denied on April 29, 2015.

Appellant has superseded the judgment. As a consequence, collection efforts have been suspended for more than two years.

## Argument & Authorities

Ms. Jett is suffering from financial hardship and is in serious, immediate need of the funds that have been owed to her since 2011.

Tex. R. App. P. 18.1(c) permits this Court to expedite the issuance of the mandate in a case "for cause." Cause is established here by the extreme economic circumstances of the Appellee, who for more than two years has been in the position of having a large judgment that is uncollectable due to the status of the appeal.

## Prayer

For these reasons, Appellee asks that the Court grant this motion and expedite the mandate to the trial court, and award Appellee such other and further relief as to which she may be entitled.

Respectfully submitted,

**TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN**

By: */s/ Eric J. Taube*
Eric J. Taube
State Bar No. 19679350
etaube@taubesummers.com
Douglas A. Fohn
State Bar No. 24036578
dfohn@taubesummers.com
Christopher G. Bradley
State Bar No. 24069407
cbradley@taubesummers.com

100 Congress Avenue, Suite 1800
Austin, Texas   78701
Telephone:       (512) 472-5997
Telecopier:      (512) 472-5248

ATTORNEYS FOR APPELLEE VIRGINIA JETT

## TEX. R. APP. P. 9.4(I)(3) CERTIFICATION

Pursuant to TEX. R. APP. P. 9.4, I hereby certify that this Motion contains 496 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

*/s/ Eric J. Taube*
Eric J. Taube

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Jonathan D. Pauerstein, counsel to Appellant, by email concerning the relief requested. He is opposed to the relief requested.

*/s/ Eric J. Taube*
Eric J. Taube

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that this document was served via telecopy on Appellant R.D. Tips, Inc.'s counsel on April 30, 2015.

Jonathan D. Pauerstein
ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212
(210) 225-5000 (Tel)
(210) 354-4034 (Fax)
jpauerstein@rpsalaw.com

*/s/ Eric J. Taube*
Eric J. Taube